UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81972-CIV-CANNON

**OCEANUS ENGINEERING INC.**,

    Plaintiff,

v.

**TRIDENT DIVING EQUIPMENT**,

    Defendant.

_____/

## ORDER SCHEDULING HEARING ON
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Preliminary Injunction, filed December 22, 2022 [ECF No. 5].

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. A hearing on Plaintiff's Motion for Preliminary Injunction [ECF No. 5] is scheduled for **January 31, 2023, 1:00 P.M**. at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950.

2. Prior to the hearing, Plaintiff shall take all reasonable steps to serve Defendant and notify Defendant of the hearing.

3. On or before January 9, 2023, Plaintiff shall file a status report that outlines the efforts taken to effectuate service on Defendant and provide notice of the hearing.

4. On or before January 20, 2022, the parties shall file a joint hearing plan listing the names of proposed witnesses and the estimated time allotted for each which follows the format of the Court's trial plan template, available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil

CASE NO. 22-81972-CIV-CANNON

Procedures" tab).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of December 2022.

                                                                                     **AILEEN M. CANNON**
                                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record